FILED ENTERED
LODGED RECEIVED

OCT 15 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v().

JEFFREY JOSEPH MCCOY.

Case No.: RWT 10cr00536

## MEMORANDUM OPINION

On September 8, 2010, Defendant Jeffrey McCoy filed an ex parte petition for the issuance of a subpoena pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. ECF No. 12. McCoy requested a subpoena be issued commanding Phillip A. O'Donnell, Chief of Police of the Glenarden Police Department, to appear in this Court on November 2, 2010 and bring with him specified documents, including police cruiser video tapes, taped recordings of radio transmissions, and CAD sheets related to McCoy's arrest. *Id.*

A motion for issuance of a subpoena pursuant to Rule 17(c) is properly brought *ex parte* only "[i]n those rare situations where mere disclosure of the application for a pretrial subpoena would (i) divulge trial strategy, witness lists or attorney work-product; (ii) imperil the source or integrity of subpoenaed evidence; or (iii) undermine a fundamental privacy or constitutional interest of the defendant." *United States v. Beckford*, 964 F. Supp. 1010, 1030 (E.D. Va. 1997). If the Court determines that the *ex parte* nature of the petition is unwarranted, it must unseal the petition. *Id.* at 1031.

The Court has considered Defendant McCoy's petition, and has concluded that the disclosure of the petition will not divulge trial strategy, witness lists or attorney work-product,

will not imperil subpoenaed evidence, and will not undermine McCoy's fundamental privacy or constitutional interests. The Court shall therefore order that the petition be unsealed.

The Court may issue a pretrial subpoena under Rule 17(c) if the defendant demonstrates that the documents he seeks to have produced are relevant, admissible, not otherwise procurable prior to trial by the exercise of due diligence, necessary for trial preparation, and sought in good faith. *Id.* The Court has concluded that the issuance of a pretrial subpoena to Police Chief O'Donnell is appropriate because the items sought will likely reveal relevant evidence regarding the circumstances of McCoy's arrest, and as such the items are necessary to Defendant's formulation of a trial strategy. Therefore, the Court shall order that a subpoena be issued to Police Chief O'Donnell.

A separate order follows.

October 15, 2010
Date

Roger W. Titus
United States District Judge